# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**PHILIPPE CALDERON** and
**ANCIZAR MARIN**, on behalf of
themselves and all others similarly
situated,

Civil Action No. 0:19-cv-62408-KMW

      Plaintiffs,

v.

**SIXT RENT A CAR, LLC, and SIXT
FRANCHISE USA, LLC,**

      Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF SIXT FRANCHISE USA, LLC WITHOUT PREJUDICE

COMES NOW Plaintiffs, PHILIPPE CALDERON and ANCIZAR MARIN, individually and on behalf of a class of persons similarly situated, by counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i), and hereby files this Notice of Voluntary Dismissal without prejudice against Defendant, SIXT FRANCHISE USA, LLC.

DATED: FEBRUARY 25, 2020

**VARNELL & WARWICK, P.A.**

By:/S/BRIAN W. WARWICK
BRIAN W. WARWICK; FBN: 0605573
JANET R. VARNELL; FBN: 0071072
1101 E. CUMBERLAND AVENUE
SUITE 201H, #105
TAMPA, FL 33602
TELEPHONE: (352) 753-8600
FACSIMILE: (352) 504-3301
*bwarwick@varnellandwarwick.com*
*jvarnell@varnellandwarwick.com*
*kstroly@varnellandwarwick.com*

1

GORDON & PARTNERS, P.A.

/s/ STEVEN G. CALAMUSA
STEVEN G. CALAMUSA, FBN: 992534
4114 NORTHLAKE BOULEVARD
PALM BEACH GARDENS, FL  33410
TELEPHONE:  (561) 799-5070
FACSIMILE:  (561) 799-4050
*scalamusa@fortheinjured.com*
*SGC.pleadings@fortheinured.com*

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Irene Oria, Esq.
FISHERBROYLES, LLP
199 E. Flagler St. #550
Miami, FL 33131
irene.oria@fisherbroyles.com

Patrick M. Emery
FISHERBROYLES, LLP
945 East Paces Ferry Rd NE
Suite 2000
Atlanta, GA 30326
patrick.emery@fisherbroyles.com

***Attorneys for Defendants***

                                            /s/ Brian W. Warwick
                                            Brian W. Warwick