UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-62408-SINGHAL

PHILIPPE CALDERON and ANCIZAR MARIN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SIXT RENT A CAR, LLC, and SIXT FRANCHISE USA, LLC,

    Defendants.
_____/

### *AMENDED* ORDER OF DISMISSAL PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (DE [33]), filed on February 25, 2020. Being fully advised, it is

**ORDERED** as follows:

1. The Clerk of Court is directed to **REOPEN** this the above-styled action.

2. The Court's prior Order (DE [34]) is hereby **STRICKEN** from the docket.

3. **Only** Defendant Sixt Franchise USA, LLC shall be **DISMISSED** from this action.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of February 2020.

                                                      _____
                                                      **RAAG SINGHAL**
Copies to counsel via CM/ECF                    **UNITED STATES DISTRICT JUDGE**