# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **PHILIPPE CALDERON AND ANCIZAR MARIN**, on behalf of themselves and all others similarly situated, | . . . . |
| Plaintiffs, | Case No. 19-62408-CIV-SINGHAL |
| v. | . . |
| **SIXT RENT A CAR, LLC**, | . . |
| Defendant. | . |

## DEFENDANT SIXT RENT A CAR, LLC'S NOTICE OF APPEAL

Notice is hereby given that Sixt Rent A Car, LLC ("Sixt"), Defendant in this action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Memorandum Decision and Order dated February 12, 2020 [D.E. 30] denying Defendants' Motion to Compel Arbitration of Plaintiff Marin's Claims [D.E. 12]. This Court's February 12, 2020 Order is immediately appealable pursuant to 9 U.S.C. § 16(a)(1)(A)&(B). *See also Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249, 1251 (11th Cir. 2004) ("Section 16 of the Federal Arbitration Act grants a party the right to file an interlocutory appeal from the denial of a motion to compel arbitration.").

Respectfully submitted this 11th day of March 2020,

/s/ *Irene Oria*
Irene Oria, Esq.
FL Bar No. 484570
FisherBroyles, LLP
199 E. Flagler St. #550
Miami, FL 33131
Tel.: (786) 536-2838
irene.oria@fisherbroyles.com

Patrick M. Emery, Esq. (admitted *pro hac vice*)
FisherBroyles, LLP
945 East Paces Ferry Rd NE
Suite 2000
Atlanta, GA 30326
(404) 793-0652
patrick.emery@fisherbroyles.com

*Counsel for Defendant Sixt Rent A Car, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record identified on the Service List below.

/s/ *Irene Oria*
Irene Oria, Esq.

**SERVICE LIST**

Brian W. Warwick
Janet R. Varnell
Varnell & Warwick, P.A.
1101 E. Cumberland Avenue
Suite 201H, #105
Tampa, FL 33602
T: (352) 753-8600
F: (352) 504-3301
bwarwick@varnellandwarwick.com
jvarnell@varnellandwarwick.com
kstroly@varnellandwarwick.com

Steven G. Calamusa
Gordon & Doner, P.A.
4114 Northlake Boulevard
Palm Beach Gardens, FL 33410
T: (561) 799-5070
F: (561) 799-4050
scalamusa@fortheinjured.com

*Attorneys for Plaintiffs*