UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62408-CIV-SINGHAL/VALLE

PHILIPPE CALDERON,
ANCIZAR MARIN, and
AMIR CHARNIS, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

SIXT RENT A CAR, LLC and SIXT FRANCHISE
USA, LLC,

    Defendants.
_____/

## ORDER STAYING ALL CASE DEADLINES AND PENDING MOTIONS

This matter came before the Court on the parties' October 27, 2020 Joint Motion to Stay All Case Deadlines and Pending Motions (DE [92]). Having considered the record, and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED** as follows:

1. All deadlines set forth in the Court's July 6, 2020 Amended Scheduling Order (DE 70]) are stayed.

2. The Court denies all pending motions filed in this action without prejudice for the parties to re-file the motions if the case does not settle.

3. The parties shall file a joint status report by no later than **ninety** days after the entry of this Order. The status report shall: notify the Court of any settlement, describe the progress of settlement negotiations, indicate whether the parties request an extension of the stay, and provide recommendations for case deadlines if a settlement is not reached or an extension of the stay is not requested.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of January 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF