UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62408-CIV-SINGHAL/VALLE

PHILIPPE CALDERON, ANCIZAR MARIN,
 and KELLI BOREL RIEDMILLER, on
behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.

SIXT RENT A CAR, LLC,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Plaintiff's Application for Attorneys' Fees (the "Application") (DE [159, 165]), which was referred to the magistrate judge for Report and Recommendation.  The magistrate judge issued a Report and Recommendation (DE [211]) on July 25, 2022, recommending that the Application be denied without prejudice. The Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [211]) is **AFFIRMED** and **ADOPTED.**

2. Plaintiff's Application for Attorneys' Fees (DE [159, 165]) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of

August 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF