UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-62408-AHS

PHILIPPE CALDERON on behalf of themselves and all others similarly situated,
PLAINTIFF(s),
v.
SIXT RENT A CAR, LLC,
DEFENDANT(s).
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on November 19, 2024. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

☒ All PLAINTIFFS and their respective trial counsel.
☒ All DEFENDANTS and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

☒ The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition. *Plaintiff to file preliminary approval within 30 days.*

___ The parties reached an impasse as to all issues.

___ The parties settled the following issues:

(a) _____

(b) _____

CALDERON vs. SIXT RENT A CAR, LLC
PAGE 2

The issues remaining to be adjudicated are:

(c) _____

(d) _____

___   The case was set for trial on _____ and should be removed from the trial docket.

___   These proceedings have been adjourned and the mediation hearing shall be resumed on _____.

___   The scheduled mediation proceedings herein have been canceled as the parties have announced a settlement.

The Court is further advised the parties have agreed as follows:

The parties have resolved this case in principle and will file a motion for preliminary approval within 30 days with the Court.

CALDERON vs. SIXT RENT A CAR, LLC
PAGE 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on 11/20/24, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Lance August Harke, Mediator
Mediator # 38635R
Upchurch Watson White & Max
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2030
Miami, FL 33131
Phone: 305-266-1224 Fax: 305-640-8447
lharke@uww-adr.com